# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Alan Gregory Rome
Attorney at Law
147 Saint Chalres Street
Baton Rouge LA 70802

Jennifer Racca
Attorney at Law
147 Saint Charles Street
Baton Rouge LA 70802

> Judgment on rehearing rendered and mailed to all parties or counsel of record on March 13, 2024

**REHEARING ACTION: March 13, 2024**

**Docket Number: 24  00049-CW**

**JESSICA MAE CRAFT BOYER**
**VERSUS**
**JIM WAYNE BOYER**

**Writ Application from Calcasieu Parish Case No. 2019-1591 Div A HOA**

**BEFORE JUDGES:**

    **Hon. Shannon J. Gremillion**
    **Hon. Gary J. Ortego**
    **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Jessica Mae Craft Boyer** has this day been

    **DENIED.**

cc: Jonathan Johnson, Counsel for  the Respondent